UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CYPANGA SICAV SIF,

Plaintiff,

-v.-

FISERV INC, et al.,

Defendants.

26 Civ. 3672 (JHR) (VF)

ORDER

JENNIFER H. REARDEN, District Judge:

On November 17, 2025, the Court entered an Order Appointing Lead Plaintiff and Lead Counsel in *In re Fiserv, Inc. Securities Litigation*, 25 Civ. 6094 (JHR) (VF) (S.D.N.Y. Nov. 17, 2025), ECF No. 45. On May 29, 2026, the instant action was consolidated with *In re Fiserv, Inc. Securities Litigation*. *See* ECF No. 36.

The pending motions to consolidate cases and appoint lead plaintiff in this case, ECF Nos. 21, 28, are hereby DENIED as moot. The Clerk of Court is directed to terminate ECF Nos. 21 and 28.

SO ORDERED.

Dated: August 18, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge